UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA, <br> Petitioner, <br><br> v. <br><br> ALAMEDA COUNTY, et al., <br> Respondent. | Case Nos. <br> 18-cv-06434-JSW <br> 18-cv-06885-JSW <br> 18-cv-07338-JSW <br> 18-cv-07710-JSW <br> 19-cv-00141-JSW <br><br> **ORDER DISMISSING AND RELATING CASES** |

Petitioner, a California prisoner on death row, has filed pro se petitions for a writ of habeas corpus in the above-captioned cases. The Court finds the cases are related. *See* Civ. L.R. 3-12. Petitioner has a pending petition for a writ of habeas corpus in which he challenges the same state court judgment he challenges in the petitions filed herein. *See Bonilla v. Ayers*, No. C 08-0471 YGR. He is represented by counsel in that case, and he must bring all of his claims, motions and other requests through counsel in that case, not in a new petition filed in a new case. There is no need for petitioner to have more than one habeas petition challenging the same state court judgment. Accordingly, the above-captioned petitions are DISMISSED. The clerk shall enter judgments and close the files.

**IT IS SO ORDERED.**

Dated: February 5, 2019

_____
JEFFREY S. WHITE
United States District Judge